450 A.2d 1049

Commonwealth v. Allen, Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted November 10, 1981. John H. Corbett, Jr., Assistant Public Defender, for

appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.